USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/1/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELAN PHARMA INTERNATIONAL LTD.,

                    Plaintiff,

        - against -                         09 Civ. 6928   (DAB)
                                                 ORDER
BIOGEN, INC. N/K/A BIOGEN IDEC INC.,

                    Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of and has reviewed Plaintiff and Defendant's letters of today's date. The Court hereby strikes the following extraneous submissions made by Plaintiff: (1) its 25-page "Hearing Memorandum"; (2) its (Proposed) Findings of Fact and Conclusions of Law; and (3) the Affidavit of Charles A. Gilman in support of these papers. As per telephone conference with the Court this afternoon, the hearing in this matter previously scheduled for September 10, 2009 will go forward Thursday, September 3, 2009 at 11:00AM. There shall be no further letters or submissions to the Court in advance of the September 3, 2009 hearing.

SO ORDERED.

Dated:    New York, New York
          September 1, 2009

                                            _____
                                            Deborah A. Batts
                                            United States District Judge